UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                          Case No. 2:12-mj-21

COURTNEY ALFRED WESLEY,           HON. TIMOTHY P. GREELEY

    Defendant(s).
                                     /

## ORDER

Defendant Wesley appeared before the undersigned on September 5, 2012, for a detention hearing and preliminary hearing on the complaint alleging Distribution of Heroin and Possession with Intent to Distribute Heroin. The court found that the testimony presented by the government's witness established probable cause that the defendant committed the offense alleged in the complaint. Defense counsel requested the proofs as to detention remain open pending his receipt and review of information and documents from the State of Illinois. The government indicated it had no objection. Accordingly, the court will hold the issue of detention in abeyance; defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United

States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

Dated: September 6, 2012          /s/ Timothy P. Greeley  
                                                  TIMOTHY P. GREELEY  
                                                  UNITED STATES MAGISTRATE JUDGE